NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SUK KAN OH**
**(Real Party in Interest Zinus Inc.)**

---

2013-1321

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 12/589,961.

---

**JUDGMENT**

---

DARIEN K. WALLACE, Imperium Patent Works LLP, of Pleasanton, California, argued for appellant. With him on the brief was T. LESTER WALLACE.

JAMIE L. SIMPSON, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Acting Solicitor, and WILLIAM LAMARCA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST, and HUGHES,
*Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 December 6, 2013                     /s/  Daniel  E.  O'Toole
           Date                            Daniel E. O'Toole
                                           Clerk of Court